IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH E. STEVENS,

    Plaintiff,

v.                                             Civil Action No. 3:12cv489

EXPRESS LAURENT
BEAULIEU INC., et al.,

    Defendants.

**ORDER**

By Order entered herein on September 20, 2012 (Docket No. 8) settlement negotiations were referred to Magistrate Judge M. Hannah Lauck and, in connection with the settlement referral, the PETITION FOR APPROVAL OF WRONGFUL DEATH COMPROMISED SETTLEMENT, INCLUDING AMOUNT AND MANNER OF DISTRIBUTION TO INFANT BENEFICIARY (Docket No. 14) is referred to Magistrate Judge M. Hannah Lauck for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 26) entered herein on April 26, 2013, and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 26) is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION; and

(2) The PETITION FOR APPROVAL OF WRONGFUL DEATH COMPROMISED SETTLEMENT, INCLUDING AMOUNT AND MANNER OF DISTRIBUTION TO INFANT BENEFICIARY (Docket No. 14) is granted and a separate Order will be entered simultaneously.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 16, 2013